No. 497. CHICAGO, INDIANAPOLIS & LOUISVILLE RY. CO. *v.* INTERNATIONAL MILLING CO. November 24, 1930. Petition for writ of certiorari to the Circuit Court of Ap-

886

peals for the Eighth Circuit denied. *Messrs. Charles P. Stewart, Clint C. Hine, Harry N. Quigley,* and *Samuel W. Baxter* for petitioner. *Mr. Harold G. Simpson* for respondent.